FILED

MAR 14 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:08CR61-MHT |
| ) | [18 U.S.C. §371 |
| SHERRY FANNING, and ) | 18 U.S.C. § 1001(a)(2)] |
| KELLY FANNING ) | |
| ) | INDICTMENT |
| ) | |

The Grand Jury charges:

## COUNT 1 – CONSPIRACY

1. At all times relevant to this Indictment, the Defendants **SHERRY FANNING** and **KELLY FANNING** were mother and son, who resided together in Department of Housing & Urban Development ("HUD") sponsored housing in the City of Lanett, Chambers County, Alabama within the Middle District of Alabama.

## THE CONSPIRACY AND ITS OBJECTS

2. From on or about September 2, 2006, until on or about June 6, 2007, in Chambers County in the Middle District of Alabama, and elsewhere, the defendants,

**SHERRY FANNING and
KELLY FANNING,**

did combine, conspire, confederate, and agree among themselves and each other, and other persons both known and unknown to the Grand Jury, to knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Department of Housing & Urban Development ("HUD"), an agency

within the executive branch of the United States, contrary to Title 18, United States Code, Section 1001.

## MANNER AND MEANS OF THE CONSPIRACY

3. It was part of the conspiracy that Sherry Fanning and Kelly Fanning agreed to falsely under-represented their actual income in order to lower their monthly HUD housing payments.

## OVERT ACTS

4. In order to effect the object of the conspiracy, Sherry Fanning did a number of overt acts, including: (a) completing a HUD consent verification form with Kelly Fanning on or about November 2, 2006, and (b) falsely under-representing her and her son's income on a HUD application for continued occupancy on or about November 2, 2006.

5. In order to effect the object of the conspiracy, Kelly Fanning did a number of overt acts, including: (a) completing a HUD consent verification form with Sherry Fanning on or about November 2, 2006, and (b) falsely under-representing his income and employers on a HUD wage verification form on or about November 2, 2006.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-11– FALSE STATEMENTS

6. The allegations set forth in paragraphs 1 through 5 of this Indictment are hereby realleged as if set forth herein.

7. On or about the following dates, in Chambers County, the Middle District of

Alabama and elsewhere, defendant,

## SHERRY FANNING,

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Department of Housing & Urban Development ("HUD"), an agency within the executive branch of the United States, in that Fanning, in completing the following forms for HUD continuing housing occupancy, falsely under-represented her and her son's actual income in order to lower her and her son's monthly housing payments as follows:

| Count | Date of Application | Amount of Falsely Claimed Annual Income |
|---|---|---|
| 2 | March 14, 2003 | $8,569.00 |
| 3 | July 10, 2003 | $10,712 |
| 4 | April 23, 2004 | $10,712 |
| 5 | August 1, 2004 | $7,800 |
| 6 | October 20, 2004 | $7,800 |
| 7 | February 8, 2005 | $7,800 |
| 8 | April 11, 2005 | $4,680 |
| 9 | October 19, 2005 | $4,680 |
| 10 | July 27, 2006 | $4,680 |
| 11 | November 2, 2006 | $10,400 |

In fact, as Fanning well knew, she and her son earned additional income in a variety of

different jobs and through other types of government assistance.

All in violation of Title 18, United States Code, Section 1001(a)(2).

### COUNTS 12 – FALSE STATEMENTS

8. The allegations set forth in paragraphs 1 through 7 of this Indictment are hereby realleged as if set forth herein.

9. On or about November 2, 2006, in Chambers County, the Middle District of Alabama and elsewhere, defendant,

### KELLY FANNING,

did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Department of Housing & Urban Development ("HUD"), an agency within the executive branch of the United States, in that Kelly Fanning, in completing a HUD wage verification form, falsely under-represented his actual income as $150 a week with "Joe Sanders" in order to lower his mother's monthly housing payment. In fact, as Fanning well knew, he earned approximately $34,700 in 2005 with Labor Finders and earned over $20,000 in 2006 with Omega Stone Products.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney