IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:08-cr-061-MHT |
| | ) |
| KELLY FANNING | ) |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Kelly Fanning, now in custody of Harris County Jail, Hamilton, Georgia, and that said cause is set for trial at Opelika, Alabama, in this Honorable Court on October 14, 2008, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Sheriff, Harris County Jail, Hamilton, Georgia, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Opelika, Alabama, on October 14, 2008, at 10:00 a.m.

Respectfully submitted this the 12th day of August, 2008.

Respectfully submitted,

LEURA G. CANARY

UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:08-cr-061-MHT |
| | ) |
| KELLY FANNING | ) |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed August 12, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Harris County Jail, Hamilton, Georgia, commanding them to deliver Kelly Fanning, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Opelika, Alabama, on October 14, 2008, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of August, 2008.

_____

UNITED STATES MAGISTRATE JUDGE