IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:08-cr-061-MHT |
| ) | |
| KELLY FANNING ) | |

## O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed August 12, 2008 (Doc. # 24), and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Harris County Jail, Hamilton, Georgia, commanding them to deliver Kelly Fanning, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Opelika, Alabama, on October 14, 2008, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done, this 12th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE