IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 3:08cr61-MHT |
| ) | |
| KELLY FANNING ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     THE WARDEN AND/OR KEEPER OF THE   HARRIS COUNTYJAIL
                                         AT   HAMILTON, GEORGIA

and

TO:     THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
        OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of KELLY FANNING, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom of said Court, in the City of Opelika, on **10/14/08**, at **10:000 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 12th day of August, 2008.

                                DEBRA P. HACKETT, CLERK
                                UNITED STATES DISTRICT COURT
                                MIDDLE DISTRICT OF ALABAMA

                                By: _____
                                    Deputy Clerk